UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                   Case No. 8:05-cr-393-T-23TBM

**GONZALO ARTURO DE LA GARZA,**

    **Defendant.**
_____/

**O R D E R**

THIS CAUSE is before the court on Defendant's **Motion to Preserve Testimony by Way of Foreign Deposition and for Payment of Expenses** (Doc. S-9 ) submitted *in camera* and *ex parte*. A hearing on the matter was conducted November 17, 2005. Since the hearing, the district judge has continued the trial of this cause to March 6, 2006. In these circumstances, the **Motion to Preserve Testimony by Way of Foreign Deposition and for Payment of Expenses** (Doc. S-9) is hereby **DENIED** without prejudice.[1]

**Done and Ordered** in Tampa, Florida, this 23rd day of November 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Mark Rankin, Counsel for Defendant

---

[1] Given the new trial date, it appears likely that witness Nora Gerra-Lopez may be able to attend in person. This may also be the case with Guillermo Manzilla, Jr. as well. Counsel shall discuss the matter further with these witnesses and re-file this motion only if a deposition to preserve testimony is necessary and essential.